IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kassandra Jackson,

    Plaintiff(s),

vs.

Michael Bachman, et al.,

    Defendant(s).

Case Number: 1:19cv422

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 14, 2019 a Report and Recommendations (Doc. 4). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 6).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's complaint is DISMISSED with prejudice, with the exception of plaintiff's claims against defendant Michael Bachman.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court