IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kassandra Jackson,

    Plaintiff(s),

vs.

Michael Bachman, et al.,

    Defendant(s).

Case Number: 1:19cv422

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 2, 2020 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 16, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, Defendant Bachman's motion to dismiss for insufficient service of process (Doc. 9) is DENIED as MOOT.

IT IS SO ORDERED.

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court