IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kassandra Jackson,                              :

        Plaintiff(s),                        :

                             :   Case Number: 1:19cv422

  vs.                                           :

                             :   Judge Susan J. Dlott

Michael Bachman,                                :

        Defendant(s).                        :

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on October 16, 2020 (Doc. 30), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired October 30, 2020, hereby

ADOPTS said Report and Recommendation.

Accordingly, defendant Bachman's motion to dismiss (Doc. 17) is DENIED as MOOT.

Plaintiff's motion for leave to file an amended complaint (Doc. 22) is DENIED as

MOOT.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court